| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT ELIADES & YOUNGMAN LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>(201) 845-1000<br>Erin J. Kennedy<br>ekennedy@formanlaw.com<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee | <br>**Order Filed on March 9, 2016<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>JOHN A. & PENELOPE DROSSOS KARAGIORGIS,<br><br>                    Debtors. | Chapter 7<br><br>Case No.14-34816 (SLM)<br><br>Honorable Stacey L. Meisel<br><br>Hearing Date:  March 8, 2016<br>                      At 10:00 a.m. |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form: | | ☒ Followed | | ☐ Modified |

### ORDER APPROVING SETTLEMENT

      The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 9, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

00545985 - 1

(Page 2)
DEBTOR:     JOHN A. & PENELOPE DROSSOS KARAGIORGIS
CASE NO.    14-34816 (SLM)
            ORDER APPROVING SETTLEMENT

      This matter having been brought before the court upon the application of Charles M. Forman, Esq., the Chapter 7 Trustee, by and through his counsel, Forman Holt Eliades & Youngman LLC, by a motion to approve settlement pursuant to Fed. R. Bankr. P. 9019(a) for an assault and negligence claim of the debtors in the amount of $125,000.00 (the "Litigation"); and the court having considered the papers submitted; and the Trustee having filed a Notice of Settlement describing the terms of the proposed settlement, and no objections have been filed; and for good cause shown;

      IT IS HEREBY ORDERED that the settlement of the Litigation in the amount of $125,000.00 is approved.